MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBA No. 32245
Associate General Counsel
Office of Program Litigation, Office 7
MARY TSAI, CSBN 216963
Special Assistant United States Attorney
Office of Program Litigation, Office 7
Office of the General Counsel
Social Security Administration
  6401 Security Boulevard
  Baltimore, MD 21235
  Telephone: (510) 970-4864
  E-Mail: mary.tsai@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JUAN RAMON AGUILAR,<br><br>       Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>       Defendant. | Case No.: 2:24-cv-03238-WBS-JDP<br><br>STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME |

Pending the Court's approval, the parties hereby stipulate that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty-five (35) days from March 24, 2025, up to and including April 28, 2025. Plaintiff's reply would be due May 12, 2025.

This is Defendant's first request for an extension, and it is made with good cause. This case was recently reassigned to undersigned counsel for Defendant and counsel already has another brief due that day and several other briefs due by late April, along with other litigation matters. Thus, Defendant requires an extension in this case, and may require extensions in other

Stip. for Ext.; 2:24-cv-03238-WBS-JDP         1

cases, and requests this extension in good faith and with no intent to delay these proceedings unnecessarily.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

                                           Respectfully submitted,

Dated: March 7, 2025　　　　　　　/s/ *Barbara M. Rizzo\**
　　　　　　　　　　　　　　　　　*(\*as authorized via e-mail on March 4, 2025)*
　　　　　　　　　　　　　　　　　BARBARA M. RIZZO
　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: March 7, 2025　　　　　　　MICHELE BECKWITH
　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　　　　　MATHEW W. PILE
　　　　　　　　　　　　　　　　　Associate General Counsel
　　　　　　　　　　　　　　　　　Office of Program Litigation, Office 7

　　　　　　　　　　　　By:　　　*/s/ Mary Tsai*
　　　　　　　　　　　　　　　　　MARY TSAI
　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　Office of Program Litigation, Office 7

　　　　　　　　　　　　　　　　　Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including April 28, 2025, to respond to Plaintiff's Motion for Summary Judgment. Plaintiff's reply is now due May 12, 2025.

IT IS SO ORDERED.

Dated:　　March 7, 2025　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　JEREMY D. PETERSON
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 2:24-cv-03238-WBS-JDP　　　2